CLOSED

### UNITED STATES DISTRICT COURT
### SOUTHERN DISTRICT OF CALIFORNIA

**United States of America**

**v.**

**Rene Antonio Valladares-Mazariego**

Citizen of El Salvador

USM#: 72345-208          DOB: 1970

## JUDGMENT IN A CRIMINAL CASE
(For Offenses Committed on or After November 1, 1987)

**No. 07-10562-001M-SD**

Brenda Acosta Sandoval (AFPD)
Attorney for Defendant

ICE#: A88 353 110

**THE DEFENDANT ENTERED A PLEA OF** guilty on 8/31/2007 to Count TWO of the Complaint.

**ACCORDINGLY, THE COURT HAS ADJUDICATED THAT THE DEFENDANT IS GUILTY OF THE FOLLOWING OFFENSE(S):** violating Title 8, USC § 1325, Illegal Entry, a Petty offense, as charged in Count TWO of the Complaint.

**IT IS THE JUDGMENT OF THE COURT THAT** the defendant is hereby committed to the custody of the Bureau of Prisons for a term of TWENTY (20) DAYS on Count TWO, with credit for time served.

**IT IS FURTHER ORDERED** that all remaining counts are dismissed on motion of the United States.

### CRIMINAL MONETARY PENALTIES

The defendant shall pay to the Clerk the following total criminal monetary penalties:

**SPECIAL ASSESSMENT:** $Remitted          **FINE:** $          **RESTITUTION:** $

If incarcerated, payment of criminal monetary penalties are due during imprisonment at a rate of not less than $25 per quarter and payment shall be made through the Bureau of Prisons' Inmate Financial Responsibility Program. Criminal monetary payments shall be made to the Clerk of U.S. District Court, Attention: Finance, 880 Front Street, San Diego, California 92101. Payments should be credited to the various monetary penalties imposed by the Court in the priority established under 18 U.S.C. § 3612(c). The total special assessment of $Remitted shall be paid pursuant to Title 18, United States Code, Section 3013 for Count TWO of the Complaint.

Any unpaid balance shall become a condition of supervision and shall be paid within prior to the expiration of supervision. Until all restitutions, fines, special assessments and costs are fully paid, the defendant shall immediately notify the Clerk, U.S. District Court, of any change in name and address. The Court hereby waives the imposition of interest and penalties on any unpaid balances.

IT IS FURTHER ORDERED that the Clerk of the Court deliver two certified copies of this judgment to the United States Marshal of this district.

**07-10562-001M-SD**                                                                    *Page 2 of 2*
*USA vs. Rene Antonio Valladares-Mazariego*


Date of Imposition of Sentence: **Friday, August 31, 2007**


_____ Date 8/31/2007 _____
JAY R. IRWIN, United States Magistrate Judge

                                         **RETURN**

I have executed this Judgment as follows:_____

Defendant delivered on _____ to _____ at _____, the institution
designated by the Bureau of Prisons, with a certified copy of this judgment in a Criminal case.

_____          By:_____
United States Marshal                                            Deputy Marshal
07-10562-001M-SD -

DATE: __8/31/2007__          CASE NUMBER: __07-10562-001M__-SD

**PLEA/SENTENCING MINUTES**

USA vs. __Rene Antonio Valladares-Mazariego__

U.S. MAGISTRATE JUDGE: __JAY R. IRWIN__ Judge #: __70BK__

U.S. Attorney _____  INTERPRETER REQ'D __Ricardo Gonzalez_____

                                          LANGUAGE: _Spanish_____

Attorney for Defendant _Brenda Acosta Sandoval (AFPD)_

DEFENDANT: ☒ PRESENT ☐ NOT PRESENT ☐ RELEASED ☒ CUSTODY

DOA _8/30/07_          ☒ Complaint Filed          ☒ Appointment of counsel hearing held
☐ Financial Afdvt taken          ☒ No Financial Afdvt taken          ☐ Financial Afdvt sealed
☒ Initial Appearance

**DETENTION HEARING:**          ☐ Held ☐ Cont'd ☐ Reset ☐ UA
Set for:   before:
☐ Defendant ordered temporarily detained in the custody of the United States Marshal
☐ Defendant ordered released (see order setting cond of rel)  ☐ Bail set at $_____
☐ Defendant continued detained pending trial  ☐ Flight Risk  ☐ Danger

**PLEA HEARING:**          ☒ Held ☐ Cont'd ☐ Reset
Set for: before:
☐ Consent to be tried by a Magistrate Judge signed ☐ Class A Misd ☐ Class B Misd ☐ Class C Misd
☐ Consent of Defendant ☐ Information filed _____ ☐ Complaint filed _____
☒ Defendant sworn and examined by the Court ☒ Plea of Guilty ☐ Not Guilty ☒ Entered to Counts_TWO_____
☐ Defendant states true name to be _____. Further proceedings ORDERED in defendant's true name.
☒ Plea of Guilty entered as to Ct(s) __TWO____ of the ☐ Information ☐ Indictment ☒ Complaint
☒ Court recommends and/or accepts defendant's plea and finds plea to be freely and voluntarily given.
☐ Plea agreement: ☐Lodged ☐ Filed ☐ Sealed
☐ Court does not accept defendant's plea of guilty because _____
☐ PSI ORDERED ☐ EXPEDITED ☒ PSI waived ☐ Time waived for passage of sentence
☐ Continued for sentence to ___ before _____
☒ To be dismissed upon entry of the judgment, Ct(s) __ONE__
☒          ORDER vacate trial date/motion hearing/mtns moot
☐ ORDER defendant remain released pending sentence ☒ remanded to USM

**SENTENCING:**
☒ Defendant committed to Bureau of Prisons for a period of_20 DAYS_ ☐ Probation/Supervised Release for _____
☒ Special Assessment $_REMITTED_____ ☐ Fine $_____ ☐ Restitution $_____
Other: _____
_____

RECORDED: __CS__
BY:  Angela J. Tuohy, Deputy Clerk

# United States District Court

## SOUTHERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA
V.
Rene Antonio VALLADARES-Mazariego
Citizen of El Salvador
YOB: 1970
A88 353 110
Illegal Alien

CRIMINAL COMPLAINT

CASE NUMBER:  *07-10562M-SD*

I, the undersigned complainant being duly sworn state the following is true and correct to the best of my knowledge and belief.

### COUNT I

That on or about April 23, 2007, Defendant Rene Antonio VALLADARES-Mazariego was arrested and removed from the United States to El Salvador through the port of Phoenix, Arizona, in pursuance of law, and thereafter on or about August 30, 2007, Defendant was found in the United States near Andrade, California within the Southern District of California, the Secretary of the Department of Homeland Security not theretofore having consented to any reapplication by the Defendant for admission into the United States and after the Defendant had willfully and unlawfully returned and remained in the United States; in violation of Title 8, United States Code, Section 1326 (Felony).

### COUNT II

That on or about August 29, 2007, within the Southern District of California, Defendant Rene Antonio VALLADARES-Mazariego, an alien, did knowingly and willfully enter the United States at a time or place other than as designated by Immigration Officers; in violation of Title 8, United States Code, Section 1325 (Misdemeanor).

Continued on the attached sheet and made a part hereof.       ☒ Yes   ☐ No

_____
Signature of Complainant
Jeff A. Gearhart
Senior Patrol Agent

Sworn to before me and subscribed in my presence,

August 31, 2007                    at          Yuma, Arizona
Date                                          City and State

Jay R. Irwin, U.S. Magistrate          _____
Name & Title of Judicial Officer          Signature of Judicial Officer

## STATEMENT OF FACTUAL BASIS

Defendant:                    Rene Antonio VALLADARES-Mazariego

Dependents:                  2 Guatemalan

**IMMIGRATION HISTORY:**      The Defendant was last removed through Phoenix, Arizona on
                              April 23, 2007.

**CRIMINAL HISTORY:**         None Found


Narrative:     The Defendant, a citizen of El Salvador and illegally within the United States,
               was encountered by Yuma Border Patrol agents near Andrade, California.

               The Defendant was questioned as to his citizenship and immigration status.
               From that questioning agents determined that the Defendant is an
               undocumented national of El Salvador and illegally in the United States.

               The Defendant was transported to the Yuma station for processing. During
               processing, questioning and computer record checks the above criminal and
               immigration information was obtained as it relates to this Defendant.

               The Defendant last entered the United States illegally without inspection near
               Andrade, California on August 29, 2007.

Charges:       8 USC§1326                          (Felony)
               8 USC§1325                          (Misdemeanor)

                                                   _____
                                                   Signature of Complainant

Sworn to before me and subscribed in my presence,

               August 31, 2007
               _____        _____
Date                                               Signature of Judicial Officer